UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DANIEL HILL, DVM, P.A. and**
**UNDERHILL ANIMAL CLINIC,**

    **Plaintiffs,**

v.                                                    Case No. 6:20-cv-1782-CEM-DCI

**NATIONWIDE INSURANCE**
**COMPANY OF AMERICA,**

    **Defendant.**
_____/

**ORDER**

    THIS CAUSE is before the Court on the Joint Stipulation for Dismissal with Prejudice (Doc. 19). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

    **DONE** and **ORDERED** in Orlando, Florida on June 4, 2021.



Copies furnished to:

Counsel of Record